UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 10-cr-00431-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE ALBERTO AGUILAR-ROSALEZ, a/k/a Jorge Alberto Martinez-Aguilar a/k/a Jorge Alberto Aguilar,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Tuesday, October 5, 2010,** and responses to these motions shall be filed by **Friday, October 15, 2010.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, November 1, 2010, at 9:00 a.m. in courtroom A-1002.** Finally, it is

ORDERED that the parties shall promptly notify the Court if a hearing and/or final trial preparation conference needs to be set.

Dated this 7th day of September, 2010.

    BY THE COURT:

    s/ Wiley Y. Daniel
    WILEY Y. DANIEL
    CHIEF UNITED STATES DISTRICT JUDGE