UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00431-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JORGE ALBERTO AGUILAR-ROSALEZ, a/k/a Jorge Alberto Martinez-Aguilar a/k/a Jorge Alberto Aguilar,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter on October 19, 2010. Accordingly the three-day jury trial set to commence Monday, November 1, 2010, at 9:00 a.m. is **VACATED.** A Change of Plea Hearing is **SET** for **Friday, December 3, 2010, at 3:00 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: October 19, 2010.